# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00074 |
| Plaintiff, | ) | |
| vs. | ) | |
| FAYE CRISOSTOMO QUINTANILLA, | ) | ORDER |
| Defendant. | ) | |

On November 13, 2002, the Court ordered the above-named defendant to surrender her passport as a condition of pretrial release. The case has since been closed, and the Court has no further need to retain said passport. A previous Order was issued to return the passport to the defendant, but the defendant failed to pick up her passport. Accordingly, the Clerk of Court is directed to release the passport to the U.S. Probation Office to return said passport to the defendant.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**