
ORIGINAL

1  QUINTANILLA_F.parRel

**FILED**
DISTRICT COURT OF GUAM

NOV 21 2007

JEANNE G. QUINATA
Clerk of Court

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-00074 |
| Plaintiff, | |
| vs. | **PARTIAL RELEASE OF JUDGMENT LIEN** |
| FAYE CRISOSTOMO QUINTANILLA, | |
| Defendant. | |

A fine order was imposed upon FAYE CRISOSTOMO QUINTANILLA on May 6, 2005. A judgment lien was filed by the United States against FAYE CRISOSTOMO QUINTANILLA for the amount of the fine on May 25, 2005 and recorded on June 6, 2005 as Instrument Number 709472 at the Department of Land Management, Recorder's office. The United States hereby releases any interest it may have by virtue of the judgment lien in the property commonly known as Lot Number 2441-1, Mangilao, Guam. This partial release applies to no other property or assets of FAYE CRISOSTOMO QUINTANILLA.

DATED this 20 day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney